### 7364.   HIRES *v.* THE STATE.

HODGES, J.   1.   Exceptions pendente lite merely praying that the exceptions be certified as required by law, and assigning no error, are insufficient and will not be considered.

2. The evidence authorized the verdict, the trial judge approved it, and no error of law was committed.    *Judgment affirmed.*

DECIDED JULY 29, 1916.

Indictment for embezzlement; from Wayne superior court— Judge Highsmith.   February 15, 1916.

*W. B. Gibbs, J. R. Thomas,* for plaintiff in error.

*J. H. Thomas, solicitor-general,* contra.

---

### 7442.   MARTIN *v.* THE STATE.

WADE, C. J.   1.   There was evidence to support the finding of the court against the defendant on his special plea in bar.

2. There is no merit in any of the grounds of the motion for a new trial, and the evidence supported the verdict.    *Judgment affirmed.*

DECIDED JULY 29, 1916.

Indictment for sale of liquor; from Floyd superior court— Judge Wright.   March 9, 1916.

*Henry Walker,* for plaintiff in error.

*W. H. Ennis, solicitor-general,* contra.